FILED

2008 OCT 14 PM 3:29

MATTHEW D. MURPHEY (SBN: 194111)
KIMBERLY D. HOWATT (SBN: 196921)
LINDSAY J. HULLEY (SBN: 184924)
GORDON & REES LLP
4675 MacArthur Court, Suite 800
Newport Beach, California 92660
Telephone: (949) 255-6950
Facsimile: (949) 474-2060

Email: mmurphey@gordonrees.com
Email: khowatt@gordonrees.com
Email: lhulley@gordonrees.com

Attorneys For Plaintiff,
PACIFIC SUNWEAR OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC SUNWEAR OF CALIFORNIA, INC., a California corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>KIRA PLASTININA STYLE, LTD., a Russian limited liability entity, and KP FASHION COMPANY, a Delaware corporation,<br><br>                              Defendants. | Case No. SACV08-1141 JVS (ANx)<br><br>**COMPLAINT FOR:**<br><br>1. **FEDERAL TRADEMARK INFRINGEMENT [15 U.S.C. § 1114]**<br>2. **FALSE DESIGNATION OF ORIGIN [15 U.S.C. § 1125(a)]**<br>3. **FEDERAL TRADEMARK DILUTION [15 U.S.C. § 1125(c)]**<br>4. **STATE LAW TRADEMARK INFRINGEMENT [Cal. Bus. & Prof. Code § 14245]**<br>5. **TRADEMARK DILUTION [Cal. Bus. & Prof. Code § 14247]**<br>6. **STATE LAW UNFAIR COMPETITION [Cal. Bus. & Prof. Code § 17200 *et seq.*]**<br><br>**DEMAND FOR JURY TRIAL** |

1

**COMPLAINT**

Plaintiff PACIFIC SUNWEAR OF CALIFORNIA, INC. ("PAC SUN") for its complaint against defendants KIRA PLASTININA STYLE, LTD., and KP FASHION COMPANY (collectively "Defendants") alleges as follows:

## Jurisdiction and Venue

1. This action arises under the provisions of the Lanham Act, 15 U.S.C. § 1051 *et seq.* and under California state law governing trademarks, dilution and unfair competition, specifically and respectively California Business and Professions Code § § 14245, 14247 and 17200 *et seq.*

2. This Court has subject matter jurisdiction over the subject matter of this as federal questions pursuant to 28 U.S.C. §§ 1331 and 1338(a) and supplemental jurisdiction pursuant to 28 U.S.C. § 1367. The Court has pendent jurisdiction of the California state claims under 28 U.S.C. § 1338(b).

3. Upon information and belief, Defendants have either directly or through their agents transacted business in the State of California and within this judicial district, and Defendants expected or reasonably should have expected their acts to have consequence in the State of California and within this judicial district, thus subjecting Defendants to the personal jurisdiction of this Court.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391. Defendants are doing business in this judicial district and therefore may be found in this district, and/or a substantial part of the events giving rise to the claims alleged herein occurred within this district.

## Parties

5. Plaintiff PAC SUN is a California corporation with a principal place of business in Anaheim, California. PAC SUN is engaged in the business of retail clothing and accessory sales. PAC SUN is a publicly-traded company whose stock trades on NASDAQ under the symbol "PSUN." PAC SUN has approximately 813 retail stores and 124 outlet stores throughout all fifty states and Puerto Rico, including stores within this judicial district.

6. On information and belief, defendant KIRA PLASTININA STYLE, LTD., is Russian limited liability entity with its principal place of business at 311 A, Building 3, 108, Dimitrovskoe shosse RU-127591 Moscow, Russian Federation. Kira Plastinina Style Ltd.'s website indicates that it has retail stores located in several states in the United States and within this judicial district including a store location located at 8500 Beverly Boulevard, Suite 814, Los Angeles, California 90048. Kira Plastinina Style, Ltd. is engaged in the business of retail sales of young women's clothing and accessories.

7. On information and belief, defendant KP FASHION COMPANY is a Delaware corporation with its principal place of business at 10960 Wilshire Boulevard, Suite 1420, Los Angeles, California 90024. On information and belief, KP Fashion Company has retail stores located in several states in the United States and within this judicial district including a store location located at 8500 Beverly Boulevard, Suite 814, Los Angeles, California 90048. KP Fashion Company is engaged in the business of retail sales of young women's clothing and accessories.

## PAC SUN'S Trademarks

8. PAC SUN is the owner of registered trademarks for the word mark KIRRA for use in connection with apparel in International Class 025. PAC SUN has used the KIRRA trademarks for nearly fifteen years, and has expanded that use to include a variety of goods and/or services. PAC SUN has also registered the KIRRA trademark for use in connection with perfumes in International Class 003. PAC SUN's family of United States Trademark Registrations for the KIRRA word mark includes Nos. 2,893,488; 2,986,176; and 2,841,810. The foregoing Registrations are hereafter collectively referred to as the "KIRRA Marks." True and correct copies of the KIRRA Marks registrations are attached hereto as Exhibits A through C.

///

9. PAC SUN's KIRRA Marks are famous, arbitrary, fanciful, highly distinctive and are recognized by the public as identifying PAC SUN's goods and/or services.

10. PAC SUN has used its KIRRA Marks throughout the United States and has heavily advertised and promoted them. These marks have developed and represent valuable, substantial and exclusive goodwill and reputation inuring to PAC SUN's benefit.

11. PAC SUN has always exercised great care, skill and diligence in maintaining uniform standards of high quality for its products bearing the KIRRA Marks.

12. The reputation associated with and the goodwill developed in the KIRRA Marks in the United States are of very high value to PAC SUN.

### Defendants' Infringing and Dilutive Activities

13. Defendants have and continue to market, distribute and sell apparel, perfume, and other products bearing the word marks "KIRA" and "KIRA PLASTININA" in United States commerce and in this district.

14. PAC SUN's goodwill and reputation are or will be harmed by the use of Defendants' use of the "KIRA" and "KIRA PLASTININA" marks.

15. Defendants' use of the "KIRA" and "KIRA PLASTININA" marks so resembles PAC SUN's KIRRA Marks as to be likely to cause confusion, mistake or to deceive as to the source or origin of Defendants' goods and/or services by creating the erroneous impression that Defendants' goods and/or services originate with, are sponsored, approved, endorsed or licensed by, affiliated or associated with, or in some way legitimately connected to PAC SUN, its KIRRA Marks or PAC SUN's goods and/or services. Such confusion, mistake or deception by Defendants' use of the "KIRA" and "KIRA PLASTININA" marks has and will continue to damage PAC SUN.

///

4
**COMPLAINT**

16. Defendant Kira Plastinina Style, Ltd. is the owner of U.S. Registration No. 3,352,727 for the word mark KIRA PLASTININA. PAC SUN filed a petition for cancellation of the KIRA PLASTININA mark with the United States Patent and Trademark Office before the Trademark Trial and Appeal Board on June 19, 2008 in which PAC SUN alleged that the KIRA PLASTININA mark so resembles PAC SUN's KIRRA Marks as to be likely to cause confusion as to the source of origin of Kira Plastinina Style, Ltd.'s goods and/or services and dilutes the distinctive quality of PAC SUN's KIRRA Marks.

## First Claim for Relief
## Federal Trademark Infringement
## [15 U.S.C. §§ 1114]

17. PAC SUN refers to, re-alleges, and incorporates herein by this reference, each and every allegation in the foregoing paragraphs, as though fully set forth herein.

18. Defendants' actions in connection with the sale, offering for sale, distribution or advertising of its goods and/or services bearing the word marks "KIRA" and "KIRA PLASTININA" in interstate commerce, without the consent of PAC SUN, constitutes willful, deliberate and intentional infringement of the KIRRA Marks, and has caused and continues to cause a likelihood of confusion, in violation of 15 U.S.C. § 1114.

19. By reason of the foregoing, PAC SUN has been injured in an amount to be proven. In addition, as a result of Defendants' unlawful acts, PAC SUN has suffered and will continue to suffer irreparable harm, and PAC SUN has no adequate remedy at law with respect to this injury. Unless the acts of trademark infringement are enjoined by this Court, PAC SUN will continue to suffer a risk of irreparable harm. Defendants' actions have been knowing, intentional, wanton, and willful, entitling PAC SUN to damages, treble damages, profits, attorneys' fees, statutory damages, and the costs of this action.

///

## Second Claim for Relief
### False Designation of Origin
### [15 U.S.C. § 1125(a)]

20. PAC SUN refers to, re-alleges, and incorporates herein by this reference, each and every allegation in the foregoing paragraphs, as though fully set forth herein.

21. Defendants' actions of using the "KIRA" and "KIRA PLASTININA" marks in connection with designing, manufacturing or having manufactured, selling, and/or distributing products and/or services in interstate commerce, without PAC SUN's consent, is a false designation of origin, and has caused and continues to cause a likelihood of confusion, mistake, and deception as to source, sponsorship, affiliation, and/or connection in the minds of the public.

22. Defendants' false designation of origin is in violation of Section 43(a) of the Lanham Act, 15 U.S.C. 1125(a)(1).

23. By reason of the foregoing, PAC SUN has been injured in an amount not yet fully determined, but believed to be in excess of $75,000. In addition, as a result of Defendants' acts of infringement, PAC SUN has suffered and will continue to suffer irreparable harm, and PAC SUN has no adequate remedy at law with respect to this injury. Unless Defendants' acts of infringement are further enjoined by this Court, PAC SUN will continue to suffer a risk of irreparable harm.

24. Defendants' actions have been knowing, intentional, wanton, and willful, entitling PAC SUN to damages, treble damages, profits, attorney's fees, and the costs of this action pursuant to 15 U.S.C. § 1117 in this Court's discretion.

## Third Claim for Relief
### Federal Trademark Dilution
### [15 U.S.C. § 1125(c)]

25. PAC SUN refers to, re-alleges, and incorporates herein by this reference, each and every allegation in the foregoing paragraphs, as though fully set forth herein.

26. Because of the substantial investment PAC SUN has made in marketing goods in connection with its KIRRA Marks, throughout years of continuous use in commerce, including extensive advertising and publicizing of its products, the KIRRA Marks have become instantly recognizable and distinctive in the apparel and perfume industry, have gained secondary meaning, and have become both distinctive and famous. Thus, PAC SUN's KIRRA Marks qualify as "famous marks" under the Federal Trademark Dilution Act, 15 U.S.C. § 1125(c).

27. Defendants' manufacturing, distribution, marketing, use, and sale of infringing products bearing the "KIRA" and "KIRA PLASTININA" marks dilute the capacity of the KIRRA Marks to identify and distinguish PAC SUN's goods or services.

28. By reason of the foregoing acts of trademark dilution, PAC SUN has been monetarily injured in an amount not yet ascertained.

29. PAC SUN has no adequate remedy at law with respect to this injury. Unless the acts of trademark dilution are enjoined by this Court, PAC SUN will continue to suffer irreparable harm.

### Fourth Claim for Relief
### Trademark Infringement
### [Cal. Bus. & Prof. Code § 14245]

30. PAC SUN refers to, re-alleges, and incorporates herein by this reference, each and every allegation in the foregoing paragraphs, as though fully set forth herein.

31. Defendants have manufactured, distributed, promoted, and sold infringing products bearing the "KIRA" and "KIRA PLASTININA" marks. The use of this designation in the connection with the promotion and sale of Defendants' goods without PAC SUN's prior consent infringes PAC SUN's trademark rights in violation of California Business and Professions Code § 14245.

32. By reason of the foregoing acts of trademark infringement, PAC SUN has been monetarily injured in an amount not yet ascertained.

33. PAC SUN has no adequate remedy at law with respect to this injury. Unless the acts of trademark infringement are enjoined by this Court, PAC SUN will continue to suffer irreparable harm.

### Fifth Claim for Relief
### Trademark Dilution
### [Cal. Bus. & Prof. Code § 14247]

34. PAC SUN refers to, re-alleges, and incorporates herein by this reference, each and every allegation in the foregoing paragraphs, as though fully set forth herein.

35. Because of the substantial investment by PAC SUN in marketing the KIRRA Marks, these marks have become recognizable and distinctive in the apparel and perfume industry, gaining secondary meaning, and have become both distinctive and famous. Thus, PAC SUN's KIRRA Marks qualify as "famous marks" under the Federal Trademark Dilution Act, 15 U.S.C. § 1125(c).

36. Defendants' manufacturing, distribution, marketing, use, and sale of infringing products bearing the "KIRA" and "KIRA PLASTININA" marks is both likely to cause injury to PAC SUN's business reputation and likely to dilute the distinctive quality and capacity of the marks to identify and distinguish PAC SUN's goods or services.

37. By reason of the foregoing acts of trademark dilution, PAC SUN has been monetarily injured in an amount not yet ascertained.

38. PAC SUN has no adequate remedy at law with respect to this injury. Unless the acts of trademark dilution are enjoined by this Court, PAC SUN will continue to suffer irreparable harm.

///

///

///

## Sixth Claim for Relief
## Unfair Competition
## [Cal. Bus. & Prof. Code § 17200 *et seq.*]

39. PAC SUN refers to, re-alleges, and incorporates herein by this reference, each and every allegation in the foregoing paragraphs, as though fully set forth herein.

40. California Business & Professions Code § 17200 *et seq.* provides that unfair competition means and includes "any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising."

41. By and through Defendants' conduct, including the conduct detailed above, Defendants have engaged in activities that constitute unlawful, unfair, and fraudulent business practices prohibited by Business & Professions Code § 17200 *et seq.*

42. Defendants' acts of intentional and willful trademark infringement and trademark dilution as alleged above constitute unfair competition actionable under the laws of the State of California as unlawful business acts or practices in that, *inter alia*, said acts violate the federal Lanham Act. Specifically, and without limitation, Defendants' actions of designing, manufacturing, packaging, selling, distributing, and/or offering for sale in interstate commerce products bearing the "KIRA" and "KIRA PLASTININA" marks, without consent of PAC SUN, have caused and continue to cause a likelihood of confusion, mistake, and deception in the minds of the public. Furthermore, said actions have a significant negative impact on the commercial value of and market for PAC SUN's products under the KIRRA Marks, as well as the value of and market for other products bearing the PAC SUN name.

43. Defendants' acts of infringement as alleged above constitute unfair competition actionable under the laws of the State of California as fraudulent business acts or practices, in that, *inter alia*, said acts are likely to confuse the public as to the origin of the products.

44. Defendants' acts of infringement as alleged above constitute unfair competition actionable under the laws of the State of California as deceptive and false advertising, in that, *inter alia*, said acts are likely to cause confusion, mistake, and deception.

45. Such acts and omissions described above are unlawful, unfair, fraudulent, deceptive, misleading, and untrue and constitute a violation of Business & Professions Code Section 17200 *et seq*. PAC SUN reserves the right to identify additional violations by Defendants as may be established through discovery.

46. As a result of Defendants' said acts of unfair competition, PAC SUN has suffered and will continue to suffer irreparable harm, and PAC SUN has no adequate remedy at law with respect to this injury. Unless the acts of unfair competition are enjoined by this Court, PAC SUN will continue to suffer irreparable harm.

47. As a direct and legal result of Defendants' unlawful, unfair, and fraudulent conduct described above, Defendants have been and will continue to be unjustly enriched with ill-gotten gains.

WHEREFORE, PAC SUN requests that this Court enter judgment in its favor, and against Defendants, including orders that:

A. Preliminarily and permanently enjoin Defendants and their employees, servants, agents, affiliates, distributors, dealers, attorneys, successors and/or assigns, and all persons in active concert or participation with any of them, from manufacturing, using, selling, offering to sell, importing for sale, advertising, displaying, or using any goods and/or services in the United States containing the "KIRA" and/or "KIRA PLASTININA" marks or any derivative thereof, or any mark likely to cause confusion, mistake, and deception, or to misappropriate PAC SUN's intellectual property;

///

B.    Direct the destruction of Defendants' current advertising, promotional and related materials and products, as they relate to such activity in the United States, that bear the infringing "KIRA" and/or "KIRA PLASTININA" marks and/or any other confusingly similar mark to PAC SUN's KIRRA Marks, and Defendants' current inventory of products pursuant to 15 U.S.C. § 1118 and other applicable laws;

C.    Direct an accounting of profits and damages resulting from Defendants' trademark infringement and trademark dilution, and trebling of such damages under the trademark laws because of the knowing, intentional, willful, and wanton nature of Defendants' conduct;

D.    Award PAC SUN damages for lost profits, loss of goodwill or other damages as appropriate;

E.    Award PAC SUN an amount equal to three times the monetary award assessed in view of Defendants' willful and wanton infringement;

F.    Direct the seizure and forfeiture of all goods bearing infringing marks, upon delivery into the United States pursuant to 19 U.S.C. § 1526(e) and California Bus. & Prof. Code § 14250;

G.    Award of punitive damages for intentional and willful acts;

H.    Award PAC SUN its costs, expenses, and attorneys' fees in this action pursuant to 15 U.S.C. § 1117 and other applicable laws; and

I.    Such other and further relief as the Court deems proper.

Dated: October 14, 2008

GORDON & REES LLP

by *[signature]*
Matthew D. Murphey
Kimberly D. Howatt
Lindsay J. Hulley
Attorneys for Plaintiff
PACIFIC SUNWEAR OF CALIFORNIA, INC.

## Demand for Jury Trial

Plaintiff PAC SUN hereby demands a jury trial on all issues as to which a jury is available, as provided by Rule 38 the Federal Rules of Civil Procedure.

Dated: October 14, 2008

GORDON & REES LLP

by *Lindsay Hulley*
Matthew D. Murphey
Kimberly D. Howatt
Lindsay J. Hulley
Attorneys for Plaintiff
PACIFIC SUNWEAR OF CALIFORNIA, INC.

## TABLE OF EXHIBITS

**EXHIBIT A**

United States Trademark Registration No. 2,893,488

**EXHIBIT B**

United States Trademark Registration No. 2,986,176

**EXHIBIT C**

United States Trademark Registration No. 2,841,810



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Oct 2 04:20:46 EDT 2008

[TESS Home] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| **Word Mark** | KIRRA |
| **Goods and Services** | IC 025. US 022 039. G & S: men, women and children's apparel, namely, hats, caps, visors, hoods, berets, head bands, sweat bands, ear muffs, gloves, mittens, wrist bands, suspenders, belts, socks, stockings, pantyhose, bodysuits, leotards, leggings, sweat socks, thermal socks, shoes, sneakers, galoshes, waders, boots, sandals, slippers, kerchiefs, scarves, mufflers, bandannas, neckerchiefs, vests, pajamas, robes, kimonos, caftans, smocks, aprons, boxer shorts, briefs, underpants, corsets, corselets, girdles, brassieres, bustiers, chemises, teddies, camisoles, slips, negligees, peignoirs, shirts, blouses, knit tops, dresses, skirts, jumpsuits, pant suits, rompers, swimming trunks, wet suits, thermal underwear, undershirts, tunics, tank tops, cotton woven shirts, knit shirts, polo shirts, t-shirts, sweat shirts, crew neck sweaters, v-neck sweaters, turtleneck sweaters, cardigans, suits, jogging suits, shorts, sweat shorts, jeans, pants, slacks, trousers, sweat pants, ski suits, ski pants, ski bibs, capes, shawls, blazers, waistcoats, rain coats, overcoats, top coats, sport coats, parkas, bolero jackets, jackets, wind resistant jackets, outer jackets, leather jackets, ski jackets, flannel jackets, wool jackets, polyester woven shirts, rayon woven shirts, wool woven shirts, leather coats, elastic waist shorts, fixed waist shorts, denim shorts, and denim jackets. FIRST USE: 19940815. FIRST USE IN COMMERCE: 19940815 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78308218 |
| **Filing Date** | October 1, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 20, 2004 |
| **Registration Number** | 2893488 |
| **Registration Date** | October 12, 2004 |
| **Owner** | (REGISTRANT) Pacific Sunwear of California CORPORATION CALIFORNIA 3450 East Miraloma Avenue Anaheim CALIFORNIA 928062101 |
| **Attorney of Record** | Hani Z. Sayed |
| **Prior Registrations** | 1941758 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**Exhibit A, Page 14**

| Live/Dead Indicator | LIVE |
|---|---|

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ TOP ] [ HELP ]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Oct 2 04:20:46 EDT 2008

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | KIRRA |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Perfume, cologne, scented body spray. FIRST USE: 20030730. FIRST USE IN COMMERCE: 20030730 |
| | IC 025. US 022 039. G & S: men, women and children's apparel, namely, hats, caps, belts, socks, sandals, boxer shorts, shirts, knit tops, swimming trunks, cotton woven shirts, knit shirts, polo shirts, t-shirts, crew neck sweaters, v-neck sweaters, shorts, jeans, outer jackets, elastic waist shorts, fixed waist shorts, denim shorts. FIRST USE: 20030430. FIRST USE IN COMMERCE: 20030430 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78234644 |
| **Filing Date** | April 7, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 3, 2004 |
| **Registration Number** | 2986176 |
| **Registration Date** | August 16, 2005 |
| **Owner** | (REGISTRANT) Pacific Sunwear of California CORPORATION CALIFORNIA 3450 East Miraloma Avenue Anaheim CALIFORNIA 928062101 |
| **Attorney of Record** | John J. Murphey |
| **Prior Registrations** | 1941758 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

**Exhibit B, Page 16**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

**SACV08- 1141 JVS (ANx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

MATTHEW D. MURPHEY (SBN: 194111)
KIMBERLY D. HOWATT (SBN: 196921)
LINDSAY J. HULLEY (SBN: 184924)
GORDON & REES LLP
4675 MacArthur Court, Suite 800
Newport Beach, California 92660
Ph: (949) 255-6950

Attorneys for Plaintiff PACIFIC SUNWEAR OF CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC SUNWEAR OF CALIFORNIA, INC., a California Corporation<br><br>PLAINTIFF(S)<br>V.<br>KIRA PLASTININA STYLE, LTD., a Russian limited liability entity, and KP FASHION COMPANY, a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV08-1141 JVS(ANx)<br><br>SUMMONS |

TO: DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Matthew D. Murphey</u>, whose address is <u>4675 MacArthur Court, Suite 800, Newport Beach, CA 92660</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: OCT 14 2008

By: NATALIE LONGORIA
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1198

---

CV-01A (12/07)  SUMMONS  American LegalNet, Inc.
www.USCourtForms.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
PACIFIC SUNWEAR OF CALIFORNIA, INC., a California corporation

**DEFENDANTS**
KIRA PLASTININA STYLE, LTD., a Russian limited liability entity, and KP FASHION COMPANY, a Delaware corporation

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Matthew D. Murphey
Gordon & Rees LLP
4675 MacArthur Court, Suite 800
Newport Beach, CA 92660
(949) 255-6950

**Attorneys** (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Federal Trademark Infringement [15 U.S.C. § 1114], False Designation of Origin [15 U.S.C. § 1125(A)], Federal Trademark Dilution [15 U.S.C. § 1125(C)], State Law Trademark Infringement Cal. Bus. & Prof. Code § 14245], Trademark Dilution [Cal. Bus. & Prof. Code § 14247], State Law Unfair Competition [Cal. Bus. & Prof. Code § 17200 et seq.]

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: SACV08-1141

---

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, CA | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | KIRA PLASTININA STYLE, LTD. (Russia); KP FASHION COMPANY (Delaware) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, CA | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Lindsay J Hulley_ Date October 14, 2008

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |