MATTHEW D. MURPHEY (SBN: 194111)
KIMBERLY D. HOWATT (SBN: 196921)
LINDSAY J. HULLEY (SBN: 184924)
GORDON & REES LLP
4675 MacArthur Court, Suite 800
Newport Beach, California 92660
Telephone: (949) 255-6950
Facsimile: (949) 474-2060
Email: mmurphey@gordonrees.com
Email: khowatt@gordonrees.com
Email: lhulley@gordonrees.com

Attorneys For: Plaintiff
PACIFIC SUNWEAR OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SUNWEAR OF CALIFORNIA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KIRA PLASTININA STYLE, LTD., a Russian limited liability entity, and KP FASHION COMPANY, a Delaware corporation,<br><br>Defendants. | Case No. SACV 08-1141-JVS(ANx)<br><br>**PLAINTIFF PACIFIC SUNWEAR OF CALIFORNIA, INC.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:   Hon. James V. Selna<br>Ctrm:    10C<br>Date:    December 8, 2008<br>Time:    1:30 p.m. |

TO THE ABOVE-CAPTIONED COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 1:30 p.m. on December 8, 2008, or as soon thereafter as this matter may be heard in the Courtroom of the Honorable James v. Selna of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiff PACIFIC SUNWEAR OF CALIFORNIA, INC. ("Pac Sun") will and hereby does move for a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure to restrain and enjoin Defendants KIRA PLASTININA

STYLE, LTD. and KP FASHION COMPANY (collectively, "Defendants") as well as their agents, servants, employees, attorneys, and all those in active concert with them from engaging in, committing, or performing, directly or indirectly, all of the following acts:

    a.    using "KIRA" or "KIRA PLASTININA" as a trademark, trade name, or service mark for the retail and/or Internet sale of apparel, accessories, perfume, sunglasses, or footwear or in connection with any store branding or naming, product branding or naming, advertising, promotions, solicitations or Internet use for such business, services, or goods, or any confusingly similar mark, or any colorable imitations thereof;

    b.    using "KIRA" or "KIRA PLASTININA" in any audible advertisements, media promotions, or in any Internet postings containing audio over which Defendants have control, including but not limited to YouTube.com video postings;

    c.    performing or allowing any act or thing which may to dilute by tarnishment the distinctive quality of Pac Sun's trademarks for "KIRRA" registered with the United States Patent and Trademark Office, including but not limited to Trademark Registrations for the KIRRA word mark, Nos. 2,893,488; 2,986,176; and 2,841,810 ("KIRRA Marks") or otherwise injure Pac Sun's business reputation or goodwill; and/or,

    d.    engaging in federal or state trademark infringement, trademark dilution by tarnishment, false designation of origin and unfair competition, which would damage or injure Pac Sun.

This Motion is made on the grounds that: (1) Pac Sun is likely to prevail on the merits of its various state and federal claims against Defendants, as set forth in its Complaint in this matter; (2) there is a substantial, obvious, and continuing

1 likelihood of immediate and irreparable injury to Pac Sun if Defendants are not
2 preliminarily enjoined from the above-listed conduct; and, (3) the balance of
3 hardships weighs in favor of Pac Sun.
4     This Motion is based on this Notice, the accompanying Memorandum of
5 Points and Authorities, the declarations filed concurrently herewith, and all
6 documents on file with the Court in this matter, all matters of which the Court
7 may take judicial notice, and such oral argument as the Court may entertain at a
8 hearing on this Motion.
9 Dated: November 13, 2008          **GORDON & REES LLP**

/s/ Matthew D. Murphey
Matthew D. Murphey
Kimberly D. Howatt
Lindsay J. Hulley
Attorneys for Plaintiff
PACIFIC SUNWEAR OF
CALIFORNIA, INC.

Gordon & Rees LLP
4675 MacArthur Court
Suite 800
Newport Beach, CA 92660

SUN/1053861/6116956v.1

-3-
PLAINTIFF PACIFIC SUNWEAR OF CALIFORNIA, INC.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION