# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 08-01141 JVS (ANx) | Date | December 8, 2008 |
| Title | Pacific Sunwear of California Inc., et al. v. KP Fashion Company | | |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

Matthew Murphey
Kimberly Howatt

Attorneys Present for Defendants:

Russell Allyn
Douglas Lipstone

**Proceedings:** Plaintiffs' Motion for Preliminary Injunction re Trademark Infringement (Fld 11-13-08)

Cause called and counsel make their appearances. The Court's tentative ruling is issued. Counsel make their arguments. The Court takes the above referenced motion under submission.

0 : 34

Initials of Preparer  kjt