UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC SUNWEAR OF CALIFORNIA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KIRA PLASTININA STYLE, LTD., a Russian limited liability entity, and KP FASHION COMPANY, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV 08-1141-JVS (ANx)<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT KP FASHION COMPANY**<br><br>Hon. James V. Selna<br>Courtroom No. 10C |

Pursuant to the settlement reached between Plaintiff and Counterdefendant PACIFIC SUNWEAR OF CALIFORNIA, INC. ("PAC SUN"), on the one hand, and Defendant and Counterclaimant KP FASHION COMPANY ("KP FASHION"), on the other hand, the Stipulation for Dismissal of Action with Prejudice filed in the above-captioned action, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Action is hereby dismissed with prejudice as to Defendant KP FASHION.

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO, CA 92101-3599

1104172v1

ORDER RE DISMISSAL
SACV 08-1141-JVS (ANX)

The Preliminary Injunction entered in this case on April 16, 2009 is hereby vacated as against KP FASHION, and its employees, agents affiliates, distributors, dealers, attorneys, successors and/or assigns, and all persons in active concert or participation with any of them.

IT IS SO ORDERED.

DATED: March 16, 2011

_____
Hon. James V. Selna
United States District Court Judge

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO, CA 92101-3599

1104172v1

2

ORDER RE DISMISSAL
SACV 08-1141-JVS (ANX)